suing the defendant with unnecessary litigation, the order was not justified. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

HANNAH BALDWIN, Appellant, v. FREDERICK P. HAMILTON, as President of the SUBURBAN FIRE INSURANCE EXCHANGE, a Voluntary Association, Respondent. (Action No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think that under the circumstances of this case, there being no proof that plaintiff is vexatiously pursuing the defendant with unnecessary litigation, the order was not justified. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

JOHN BRIGHT, Respondent, v. THOMAS PENDELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of ROBINA MERSEREAU for Leave to Sell Real Property. WILLIAM KATZ, Purchaser, Appellant; ROBINA MERSEREAU and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of MARY E. SHERWOOD, Respondent, for Leave to Commence and Maintain an Action to Recover a Mortgage Debt against ROBERT M. FULTON, Appellant.— Order granting leave to sue on the bond affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

RICHARD J. KEEFFE, Respondent, v. FRED L. BROWN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning and Kelby, JJ., concur.

NEW YORK MARKET GARDENERS ASSOCIATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK MARKET GARDENERS ASSOCIATION, Appellant, v. CHARLES L. CRAIG, Comptroller of the City of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for a peremptory writ of mandamus granted, with fifty dollars costs. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur. Settle order on notice before Mr. Justice Manning.

CARRIE TORRES, an Infant, by JUSTO TORRES, Her Guardian ad Litem, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

JUSTO TORRES, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

HELENE FINN WILLIAMS, Respondent, v. GOTHAM TISSUE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

WILLIAMSBURG CHEMICAL COMPANY, INCORPORATED, Respondent, v. MARVIN BRIGGS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

FRANK L. KENNY and Another, Appellants, v. THE DEPARTMENT OF HEALTH